**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **PLAINTIFF** | ) **Criminal Action No. 1:20cr-00027-GNS-1** |
| vs. | ) CHIEF JUDGE GREG N. STIVERS |
|  | ) |
| **CHARLESLENZEO SANCHEZ WILLIAMS** | ) |
|  | ) |
| **DEFENDANT** | ) |
|  | ) |

_____

## ORDER

The above-styled case came before the Honorable Brent Brennenstuhl, United States Magistrate Judge, via video/audio conference from Bowling Green, and was called in open Court on January 5, 2021, for an initial appearance on an Indictment. The Defendant, Charleslenzeo Sanchez Williams, was present, in custody, via video/audio conference from the Grayson County Detention Center. Assistant United States Attorney Mac Shannon was present, via video, for the United States of America. These proceedings were digitally recorded. The Defendant was advised of his right to appear in person before the Magistrate Judge and the Defendant gave oral Consent to Proceed by Video Teleconference.

The Court advised the Defendant of his rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure and the Defendant acknowledged that he understood those rights. The Defendant requested court appointed counsel as he is without sufficient financial resources with which to retain counsel. Upon questioning the Defendant, under oath, the Court determined that the Defendant qualified for counsel pursuant to 18 U.S.C.§3006A.

**IT IS ORDERED** CJA Panel Attorney Nicholas P. Goetz is appointed to represent the Defendant pursuant to the Criminal Justice Act.

The Defendant was advised of the nature of the offenses with which he is charged and the minimum and maximum penalties provided by law.

**IT IS ORDERED** the Defendant's **arraignment** is scheduled before Magistrate Judge H. Brent Brennenstuhl for **Thursday, January 7, 2021, at 2:00 pm, CST.** The arraignment shall be conducted via video/audio conference via Zoom.

As to the matter of detention, counsel for the United States advised the United States is seeking detention in this matter.

**IT IS ORDERED** a **detention hearing** is scheduled to be conducted on **Thursday, January 7, 2021, at 2:00 pm, CST.** The detention hearing shall be conducted before Magistrate Judge Brennenstuhl via video/audio conference via Zoom.

The Defendants having been brought into custody in this case;

**IT IS ORDERED** the case shall be **UNSEALED.**

**IT IS ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending his detention hearing.

ENTERED this January 5, 2021

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to: Counsel of Record
US Probation
US Marshal Service

0/10